**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

CLEVELAND COLLINS,

    Plaintiff,

v.                                           Case No.   3:16-cv-507-J-34MCR

CREDIT PROTECTION ASSOCIATION,
L.P.,

    Defendant.

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on the Joint Stipulation of Dismissal With Prejudice (Dkt. No. 17; Stipulation) filed on October 5, 2016.  In the Stipulation, the parties request dismissal of this matter with prejudice.  See Stipulation at 1.  Accordingly, it is hereby

**ORDERED:**

1.    This case is **DISMISSED with prejudice**.

2.    Each party shall bear their own attorneys' fees, costs, and expenses.

3.    The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 11th day of October, 2016.

*Marcia Morales Howard*
MARCIA MORALES HOWARD
United States District Judge

- 2 -

ja

Copies to:

Counsel of Record
Pro Se Parties